# EXHIBIT 2

# Casali, John (CRT)

| | |
|---|---|
| **From:** | ███████ ███████ @sos.idaho.gov> |
| **Sent:** | Monday, September 22, 2025 12:07 PM |
| **To:** | Voting Section (CRT) |
| **Cc:** | Riordan, Maureen (CRT) |
| **Subject:** | [EXTERNAL] RE: [Ext] JEFS Access |
| **Attachments:** | JEFS_ID_SOS_signed.pdf |

Please see the attached signed form.

---

From: Voting Section (CRT) <Voting.Section@usdoj.gov>
Sent: Monday, September 22, 2025 9:20 AM
To: ███████ ███████ @sos.idaho.gov>
Cc: Riordan, Maureen (CRT) <Maureen.Riordan2@usdoj.gov>
Subject: [Ext] JEFS Access

Dear  ,

The attached form is required to provide access to the JEFS system.  On page 1, please fill out the following fields: First Name, Middle Initial, Last name, Organization/Company, Email Address, Address, Zip code, Citizenship of (Country), and Phone number.

After reviewing the remaining pages, please check the box on page 1 regarding Rules of Behavior and sign pages 5-7.

A separate form is required for each person intending to upload documents.

Please let us know if you have any questions.

**Voting Section**
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave NW- 4CON
Washington, D.C. 20530
1(800)253-3931