# EXHIBIT 4



# PHIL McGRANE

### IDAHO SECRETARY OF STATE

December 30, 2025

Mr. Eric Neff
Acting Chief
Civil Rights Division, Voting Section
U.S. Department of Justice
150 M St. NE, Ste. 8-139
Washington, DC 20002

**RE: *Voter List Request***

Dear Mr. Neff,

Thank you for the continued engagement between our offices regarding the Department's request for Idaho's voter registration data and the proposed Memorandum of Agreement (MOA). We appreciate the additional time your office has provided and the recent discussions that have helped clarify both the Department's objectives and Idaho's legal responsibilities.

Idaho recognizes the Department of Justice's authority under the Civil Rights Act to request access to election-related records. Combined with this office's authority under Idaho Code § 34-433, it is clear that Idaho will be in a position to provide voter registration data to the Department. We have been, and remain, willing to do so in good faith and in a manner consistent with the law and with the public trust placed in our offices.

At the same time, we believe that continuing an open and constructive dialogue about how this data is shared is in the best interest of all parties involved, including the voters whose information we are obligated to safeguard.

**Idaho's Voter Roll Maintenance and Citizenship Verification Efforts**

Idaho has long prioritized maintaining accurate, current, and lawful voter rolls. Our office conducts routine and regular maintenance to update or remove records for individuals who have died, moved, or become ineligible due to a felony conviction. In addition, after each general election, Idaho law requires the removal of voters who have remained inactive for four consecutive years, ensuring that long-term inactive registrations do not persist in the system.

Idaho has also taken a leading role nationally in verifying voter citizenship. Prior to the 2024 Presidential Election, Governor Brad Little issued the *"Only Citizens Can Vote Act"* by executive order; a copy is enclosed. Following that directive, this office worked closely with the Idaho Transportation Department, the Idaho State Police, and the U.S. Department of Homeland Security, including USCIS, to verify citizenship information for approximately 1.1 million registered voters.

This effort relied first on federally verified driver's license data and, where necessary, the federal SAVE system. As a result of this process, approximately 36 records were identified for additional review. After further due diligence, 34 matters were referred to the Idaho State Police for criminal investigation related to non-citizen registration or voting activity. Importantly, none of these individuals voted in either the 2024 Primary or General Election.

These efforts occurred before this Administration's heightened focus on voter roll accuracy and maintenance. We have since shared our process and lessons learned with other states and have strongly supported USCIS's efforts to improve the accessibility and accuracy of the SAVE system, which we believe serves as a crucial tool for citizenship verification.

In August of this year, approximately 15 criminal matters were referred to the U.S. Attorney's Office in Idaho for potential prosecution. To date, we have not received an update on the status of those cases. We have continued to examine the citizenship of newly registered voters and, in 2025, 12 more records were flagged for criminal investigation. We would welcome continued coordination to see these cases successfully pursued. As you know, our system relies on the public's confidence that we address these cases when they are discovered.

**Prior Correspondence and Data Submission**

As noted in our September correspondence, Idaho uploaded a voter file to the Department's JEFS system that did not include sensitive, personally identifiable information, such as driver's license numbers, dates of birth, or Social Security numbers. We did so transparently and in good faith, and we expressed our openness to further discussion regarding the Department's data needs.

To further demonstrate our intent to work cooperatively with the Department and to facilitate future uploads, we have registered multiple employees from the office in the JEFS system. This was done specifically to ensure continuity, responsiveness, and technical readiness as discussions progress. We appreciate that recent conversations have helped realign our respective teams and clarify the status of the earlier submission.

**Memorandum of Agreement**

We view the proposed MOA as a useful tool to clearly document expectations, responsibilities, and safeguards surrounding the transfer of voter data. While we understand the Department's position that ongoing litigation in other jurisdictions may limit certain revisions, we believe there are several clarifications that would benefit both Idaho and the Department and help ensure this process is handled responsibly.

First, as your office has acknowledged, Idaho is exempt from the National Voter Registration Act pursuant to 52 U.S.C. § 20503(b). Removing references to the NVRA from the MOA appropriately reflects existing law and avoids confusion regarding the statutory basis for this request.

Second, the MOA should acknowledge Idaho Code § 34-433 as the relevant state authority governing this office's cooperation with federal partners for voter list maintenance. That statute authorizes cooperation while also imposing clear obligations related to data security and permissible use.

Third, Idaho law limits the sharing of sensitive personal data with non-governmental third parties. Clarifying within the MOA that any data provided will be used solely by government entities and will not be disseminated beyond that scope helps ensure compliance with state law and protects all parties from unintended disclosure.

Finally, given the sensitivity of voter data and the importance of maintaining public confidence, we believe it is reasonable to clearly articulate expectations regarding data security and responsibility once records are transferred. Doing so protects Idaho voters, provides certainty for both of our offices, and reinforces shared accountability for safeguarding this information.

We remain prepared to provide the requested data and to continue working collaboratively to finalize an MOA that reflects federal authority, respects state law, and upholds the shared responsibility we all have to protect voter information.

Thank you for the continued dialogue. We look forward to working with you to bring this matter to a timely and constructive resolution.

Sincerely,

Phil McGrane
Idaho Secretary of State

Enclosure: Executive Order – *Only Citizens Can Vote Act*



*Executive Department*
*State of Idaho*

*State Capitol*
*Boise*

### EXECUTIVE DEPARTMENT
### STATE OF IDAHO
### BOISE

#### EXECUTIVE ORDER No. 2024 - 07
#### ONLY CITIZENS WILL VOTE ACT

*WHEREAS, Idaho fiercely defends the right of citizens to vote in our elections; and*

*WHEREAS, people who entered the United States illegally and have failed to lawfully become U.S. citizens have no right to vote in Idaho elections and should not be allowed to influence our elections; and*

*WHEREAS, unlike Left Coast states and the Biden Administration, Idaho will not tolerate the erosion of election integrity through efforts to allow a pathway for non-citizens to vote in American elections; and*

*WHEREAS, Idaho already has the most secure elections in the nation, and it is critical we continue to protect the integrity of our elections and the sanctity of voting; and*

*WHEREAS, Article VI, Section 2 of the Idaho Constitution and Idaho Code section 34-402 requires every person to be eighteen (18) years old, a citizen of the United States, and a resident of Idaho before they can vote in our elections; and*

*WHEREAS, Article IV, Section 5 of the Idaho Constitution grants the Governor the supreme executive power and charges the office with ensuring Idaho laws are faithfully executed; and*

*WHEREAS, the Secretary of State and Idaho's county clerks actively work to validate voter registration information by coordinating with partner agencies to ensure Idaho's voter rolls remain current and free of people who are not citizens of the United States; and*

*WHEREAS, the Biden Administration is actively promoting registration of non-citizens to vote through the issuance of Executive Order 14019, a directive encouraging and directing federal agencies to promote voter registration at welfare offices and agencies providing services to non-citizens; and*

*WHEREAS, Idaho refuses to register non-citizens to vote and is exempt from the National Voter Registration Act Of 1993, barring the state from providing registration materials at welfare offices pursuant to 52 U.S. Code § 20503(b); and*

*WHEREAS, protecting the integrity of our elections by ensuring no non-citizens vote has become even more necessary now than ever before because the Biden Administration's open border policies have significantly increased illegal immigration, including smugglers of drugs and weapons, human traffickers, and terrorists, and the Biden Administration's failure at securing our southern border has made every state a border state.*

*NOW, THEREFORE, I, Brad Little, Governor of the State of Idaho, by virtue of the authority vested in me by the Constitution and laws of this state, do hereby order that:*

1. *The Secretary of State shall immediately take all necessary steps to ensure that processes are in place to validate voter registration and prevent non-citizens from registering to vote.*

2. *The Secretary of State shall routinely review Idaho's voter rolls, in coordination with Idaho State Police and the Idaho Transportation Department, to identify any potential non-citizens.*

3.  The Secretary of State shall coordinate with the U.S. Department of Homeland Security and take any steps necessary to verify citizenship status to ensure no non-citizens are participating in Idaho elections.

4.  In the annual report to the Governor and Legislature regarding voter registration maintenance, pursuant to Idaho Code 34-418(2), the Secretary of State and county clerks shall report on their efforts to prevent and remove non-citizens from Idaho's voter rolls.

5.  State agencies shall not provide voter registration materials to non-citizens or coordinate with any federal programs or agencies to provide voter registration material to non-citizens in the State of Idaho.

6.  State agencies entering into or renewing contracts with federal agencies or partners must confirm there is no requirement to provide voter registration materials to non-citizens or otherwise requiring voter registration activities for non-citizens.



IN WITNESS WHEREOF, I have hereunto set my hand and caused to be affixed the Great Seal of the State of Idaho on this 9th day of July in the year of our Lord two thousand and twenty-four.

BRAD LITTLE
GOVERNOR

PHIL MCGRANE
SECRETARY OF STATE