AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Idaho

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br><br> *Plaintiff(s)* <br> v. <br> PHILIP MCGRANE, in his Official Capacity as IDAHO SECRETARY OF STATE <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No.  1:26-cv-00197 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Philip McGrane
Idaho Secretary of State
450 N. 4th Street
Boise, ID 83702

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Eric Neff
Voting Section, Civil Rights Division US DOJ
150 M Street NE 8-1807
Washington, DC 20002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**United States Courts
District of Idaho**

## ISSUED

*JocelynDunnegan
on Apr 02, 2026 10:24 am*

Date:     April 2, 2026