Terri R. Pickens (ISB #5828)
**PICKENS LAW, P.A.**
398 S. 9th Street, Suite 240
Boise, ID 83702
terri@pickenslawboise.com
Tel: (208) 954-5090
Fax: (208) 954-5099

David R. Fox*
Christopher Dodge*
James J. Pinchak*
**ELIAS LAW GROUP LLP**
250 Massachusetts Avenue NW, Suite 400
Washington, D.C. 20001
dfox@elias.law
cdodge@elias.law
jpinchak@elias.law
Tel: (202) 968-4490

*Attorneys for Proposed Intervenors*
*\* Pro hac vice application forthcoming*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **THE UNITED STATES OF AMERICA**,<br><br>  Plaintiff,<br><br>v.<br><br>**PHILIP MCGRANE**, in his official capacity as Idaho Secretary of State,<br><br>  Defendant. | Case No.: 1:26-cv-00197-BLW<br><br><br>**NAACP, NAACP TRI-STATE CONFERENCE, AND IDAHO ALLIANCE FOR RETIRED AMERICANS' MOTION TO INTERVENE AS DEFENDANTS** |

**MOTION TO INTERVENE AS DEFENDANTS - 1**

Pursuant to Federal Rules of Civil Procedure 24(a) and (b), the National Association for the Advancement of Colored People, National Association for the Advancement of Colored People Tri-State Conference of Idaho, Nevada and Utah, and the Idaho Alliance for Retired Americans respectfully motion for the Court to grant intervention as of right, or in the alternative, permissive intervention. Proposed Intervenors move to intervene to defend against the federal government's suit and to preserve the privacy rights of their members and constituents in Idaho. The Court should grant the motion for the reasons given in the accompanying memorandum in support.

Dated: April 6, 2026                                    Respectfully submitted,

/s/ *Terri R. Pickens*
Terri R. Pickens (ISB #5828)
**PICKENS LAW, P.A.**
398 S. 9th Street, Suite 240
Boise, ID 83702
terri@pickenslawboise.com
Tel: (208) 954-5090
Fax: (208) 954-5099

David R. Fox*
Christopher Dodge *
James J. Pinchak*
**ELIAS LAW GROUP LLP**
250 Massachusetts Avenue NW, Suite 400
Washington, D.C. 20001
dfox@elias.law
cdodge@elias.law
jpinchak@elias.law
Tel: (202) 968-4490

*Attorneys for Proposed Intervenors*
*\* Pro hac vice application forthcoming*

**MOTION TO INTERVENE AS DEFENDANTS - 2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 6, 2026, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to all

counsel of record.

/s/ *Terri R. Pickens*

**MOTION TO INTERVENE AS DEFENDANTS - 3**