# Exhibit B

Terri R. Pickens (ISB #5828)
**PICKENS LAW, P.A.**
398 S. 9th Street, Suite 240
Boise, ID 83702
terri@pickenslawboise.com
Tel: (208) 954-5090
Fax: (208) 954-5099

David R. Fox*
Christopher Dodge*
James J. Pinchak*
**ELIAS LAW GROUP LLP**
250 Massachusetts Avenue NW, Suite 400
Washington, D.C. 20001
dfox@elias.law
cdodge@elias.law
jpinchak@elias.law
Tel: (202) 968-4490

*Attorneys for Proposed Intervenors*
*\*Pro hac vice application forthcoming*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>PHILIP MCGRANE, in his official capacity as Idaho Secretary of State,<br><br>Defendant. | Case No.: 1:26-cv-00197-BLW<br><br>**DECLARATION OF JEANETTA WILLIAMS** |

I, Jeanetta Williams, declare as follows:

1. I am a U.S. citizen, over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I am President of the National Association for the Advancement of Colored People Tri-State Conference of Idaho, Nevada and Utah ("NAACP Tri-State"), and I have served in that position since 2007. As President of NAACP Tri-State, I am responsible for overseeing all branches, college chapters, and youth councils within Idaho, Nevada, and Utah. Among other duties, my role includes encouraging and assisting in the development of each branch's programs. I have been involved in NAACP Tri-State since its founding 38 years ago in 1987.

3. NAACP Tri-State traces its roots to a local branch founded in 1918 in Salt Lake. Today, NAACP Tri-State is headquartered in Salt Lake City, Utah, and has members and constituents across Idaho, Utah, and Nevada. The mission of NAACP Tri-State is to ensure political, educational, social, and economic equality for minority communities in the United States. NAACP Tri-State works to remove all barriers of racial discrimination through democratic processes, to educate voters on their rights, and to take action to promote the exercise of those rights. NAACP Tri-State pursues this mission by, among other things, engaging in voter mobilization and registration.

4. NAACP Tri-State is a non-partisan organization with approximately 1,300 dues paying, college, and youth members in total, of whom more than 350 are located in Idaho.

5. As President of NAACP Tri-State, I oversee the work of the conference throughout Idaho. I am familiar with the challenges that our members and constituents face, including challenges related to voting rights, civil rights, and individual privacy.

6. The NAACP, including NAACP Tri-State, has a long history of members and

constituents facing retaliation for their advocacy around civil and voting rights. Accordingly, the NAACP has a proud tradition of fighting for and protecting its members and constituents from retaliation. For example, in Nevada, the Las Vegas branch president has faced threats directed to their email and home address for their work with the NAACP. I have faced similar threats myself in my capacity as Conference President, simply because I advocate for the rights and interests of minority groups.

7. Among its many initiatives, NAACP Tri-State focuses on ensuring its members and constituents are able to participate in the electoral system. This starts with ensuring these individuals are registered to vote, and it continues through encouraging and assisting them to learn about the relevant policy issues each election, and concludes with ensuring they successfully cast their ballot. For example, we go to our constituencies by tabling in places like local libraries. There, we help voters register and also distribute information on local, state, and national elections. These tools and our message stress to them the fundamental importance of exercising their right to vote.

8. When we register a voter, we tell them that the personal information they provide is protected under Idaho law. Registrants frequently care about who is able to access their information, so we tell them that it is maintained and secured by state and local elections officials. This builds trust for our members and constituents in the election process, from registering to vote to casting a ballot.

9. I understand that the Department of Justice has recently sued Idaho in order to obtain complete, unredacted voter registration data of all voters in the state, including their driver's license numbers, dates of birth, and partial social security numbers. If the Department of Justice is successful in obtaining this information, it will harm NAACP Tri-State's mission by risking the sensitive data of our members and constituents. This will deter them from engaging in the political

process for fear of government mishandling or weaponizing such data.

10. I am also concerned because the current administration has targeted people with whom it disagrees, and whose voices it thinks should be silenced. This includes using information held by federal agencies against political opponents, like the recent disclosure of a New Jersey gubernatorial candidate's military records. Our members have an understandable distrust of the Department of Justice and the current administration because of the rhetoric directed against their communities. They do not trust the federal government's intentions, including with their sensitive voter information. Similarly, many of our community members are aware of, and disturbed by, efforts by the so-called Department of Government Efficiency ("DOGE") to obtain social security data of all Americans, despite questionable data management policies by that agency.

11. Unfortunately, the NAACP and its members have been repeated targets in the past of those who disagree with our mission. Our leaders and members, for example, have been targeted with unjust espionage and investigation by the federal government because of their advocacy efforts. We have successfully defended against these efforts to invade our privacy because we know the harm that might befall our members. Additionally, some of our members are immigrants and first-generation citizens, and these communities have been the subject of repeated and ongoing scrutiny and haphazard legal action by the current federal administration. Some who have been citizens for several years still keep multiple forms of identification with them at all times due to the fear of being questioned by federal agents. Against this backdrop, the prospect of disclosures of mass amounts of sensitive voter data to the Department of Justice is especially concerning for the NAACP Tri-State, its members, and its constituents.

12. Thus, I worry that disclosure of Idaho's statewide voter registration list will deter qualified voters in our communities from participating in the political process. That is particularly

so because the Department of Justice's efforts appear to be driven by a desire to spread unsupported allegations of voter fraud and to punish people who oppose the President's agenda. While the Department of Justice's intentions are uncertain—which adds to the NAACP Tri-State's challenges—its demand for Idaho's complete voter registration list is likely to sow distrust of the electoral system, further frustrating our mission, which requires convincing community members to engage in the political process by giving over otherwise confidential information. These concerns are especially notable for voters who are skeptical of the electoral system and worried about improper government scrutiny. Many may decide not to vote out of fear of exposing their political preferences and sensitive information to the federal government. If the Department of Justice obtains what it demands, then NAACP Tri-State will be forced to expend its limited resources to rebuild trust among these communities.

13. In addition to my concerns about the Department of Justice misusing personal voter data, I am also concerned about whether it will properly maintain and protect such data. The actions that the Department of Justice has taken to compel the production of sensitive personal information of Idaho voters do not give me confidence that the Department will respect federal or state privacy laws or be a reliable custodian of the personal information of the communities NAACP Tri-State works with. As explained, many of our members are disturbed by reports that the federal government failed to safeguard sensitive Social Security information. As a result, I am extremely concerned about the improper disclosure of the personal information of community members that NAACP Tri-State works with and seeks to enfranchise. I also fear that the risk of such improper disclosure further discourages the community members we serve from registering to vote or engaging in other political activities.

14. The threat that voters' personal information may be provided to the federal

government will frustrate the work of NAACP Tri-State. The centerpiece of our conference's civic engagement work is to encourage the Idahoans we serve to be informed and to exercise their rights as American citizens by voting. That work could become significantly more difficult if our members and constituents believe they could be punished, scrutinized, or investigated simply for registering to vote. The uncertainty raised by suspicious efforts to obtain state information by a federal government we do not trust adds to the skepticism we must overcome each time we approach a potential new voter who has every right to participate in our electoral process.

15.     NAACP Tri-State has previously been granted intervention in similar lawsuits filed by the Department of Justice in both Utah and Nevada—the two other states served by NAACP Tri-State. *See United States v. Henderson*, No. 2:26-cv-166-DBB, ECF No. 33 (D. Utah Mar. 23, 2026) (granting NAACP Tri-State intervention); *United States v. Aguilar*, No. 3:25-cv-728-ART, ECF No. 63 (D. Nev. Mar. 20, 2026) (same). Granting intervention to NAACP Tri-State in Idaho will ensure that we can adequately protect the interests of all our members across each of our constituent states.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _____4/6/2026_____

*Jeanetta Williams*
_____
Jeanetta Williams
President NAACP Tri-State Conference of Idaho, Nevada, and Utah