# Exhibit D

Terri R. Pickens (ISB #5828)
**PICKENS LAW, P.A.**
398 S. 9th Street, Suite 240
Boise, ID 83702
terri@pickenslawboise.com
Tel: (208) 954-5090
Fax: (208) 954-5099

David R. Fox*
Christopher Dodge*
James J. Pinchak*
**ELIAS LAW GROUP LLP**
250 Massachusetts Avenue NW, Suite 400
Washington, D.C. 20001
dfox@elias.law
cdodge@elias.law
jpinchak@elias.law
Tel: (202) 968-4490

*Attorneys for Proposed Intervenors*
*\*Pro hac vice application forthcoming*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PHILIP MCGRANE, in his official capacity as Idaho Secretary of State,<br><br>　　　　Defendant. | Case No.: 1:26-cv-00197-BLW<br><br>**DECLARATION OF DALE BROADSWORD** |

I, Dale Broadsword, declare as follows:

1.      I am a U.S. citizen, over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2.      I am the President of the Idaho Alliance for Retired Americans (the "Alliance").  I have been a member of the Alliance since 2016. I am also a registered Idaho voter in Kootenai County. I have been registered to vote in Idaho for fifty-five years. I care deeply about my state and about the laws that impact Idahoans. In addition to my involvement with the Alliance, I am a longtime member of United Steelworkers Local 338, have run as a candidate for the Idaho legislature and served with the Panhandle Water Board.

3.      The Alliance is a 501(c)(4) nonprofit, social welfare organization incorporated in Idaho. It is a chartered state affiliate of the Alliance for Retired Americans, a grassroots organization with more than 4.4 million members nationwide. The Idaho Alliance chapter serves and represents over one hundred members across the state. Our membership is composed of retirees, most of whom are over the age of 65, from public and private sector unions and community organizations, as well as individual activists. Our mission is to ensure social and economic justice and full civil rights for all citizens so that they may enjoy dignity, personal fulfillment, and family security as senior citizens.

4.      To advance that mission, the Alliance engages in significant political efforts to protect and preserve programs vital to the health and economic security of its members and all retirees. Marshaling the ability of the Alliance's members to vote is critical to furthering our broader political goals.

5.      Accordingly, the Alliance invests significant resources conducting voter registration and get-out-the-vote efforts in Idaho. This work includes encouraging and helping our

1

members register to vote and vote successfully in elections, as well as answering any questions our members may have about the registration and voting process. Increasing voting among its members and constituents is central to the Alliance's mission: By turning out such voters, the Alliance builds its constituency's political power.

6. I understand that the Department of Justice recently sued Idaho's Secretary of State Philip McGrane to compel Idaho to hand over complete, unredacted voter registration information on all voters in the state, including their dates of birth, driver's license numbers, and partial social security numbers.

7. If the Department of Justice is successful in obtaining this information, I am concerned it will frustrate the Alliance's civic engagement and voter-turnout work, and it will also harm me personally. For one, I worry that the threat of disclosure will deter the Alliance's members and other qualified senior citizens from engaging in the political process. The senior community is deeply concerned about the risks of identity theft and social security fraud, which disproportionately harm older Americans. In my experience, seniors are consequently wary of engaging in activities that increase the risk that their private data will be turned over to third parties without authorization. Based on my familiarity with the Alliance's membership, I expect that many of the senior citizens we seek to mobilize will be discouraged from registering and voting if they know that the State is sharing their personal data with the federal government. This disengagement, in turn, impedes the Alliance from accomplishing its mission.

8. The Department of Justice's efforts to obtain Idaho's complete, statewide voter registration list—and all the sensitive, personal information contained within it—also contradicts Idaho's tradition of protecting voter privacy. I know, for example, that social security and license numbers are withheld from public disclosure of voter rolls under Idaho law. And Idaho voters can

request to have their addresses kept private.

9. Like many Idahoans and Alliance members, I am concerned that the federal government does not respect my privacy and will not keep my personal information secure. If the Department of Justice is successful in obtaining this information, it will harm me personally as an Idaho voter whose privacy rights will be invaded. I am also concerned that the Department of Justice will not use this information for good or proper purposes. I fear that the government is trying to target people, especially people who are speaking out against what they are doing, and I am concerned about becoming a target myself. I do not believe that the Department of Justice needs this information about me, and I do not understand why they are seeking it.

10. The actions that the Department of Justice has taken do not give me or other Alliance members confidence that it will respect privacy laws or safeguard the confidentiality of our personal data. And once this information is released, the harm is done—that information cannot be returned.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   4/5/2026

_____
Dale Broadsword, President
Idaho Alliance for Retired Americans

3