UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>PHILIP MCGRANE, in his official capacity as IDAHO SECRETARY OF STATE,<br><br>        Defendant. | Case No. 1:26-cv-00197-BLW<br><br>**ORDER** |

Defendant Phil McGrane has moved to stay these proceedings pending the resolution of a related case before the Ninth Circuit. Plaintiff, the United States, opposes the stay.

Under the circumstances, the Court finds good cause to expedite briefing on the Motion to Stay. As an interim measure to preserve the status quo, the Court will also extend other response deadlines until after the resolution of the Motion to Stay.

THEREFORE, IT IS HEREBY ORDERED that the following deadlines will govern the pending motions.

- Plaintiff's Response to the Motion to Stay is due by **April 28, 2026**.

- Defendant's Reply to the Motion to Stay is due by **April 30, 3036**.

**ORDER - 1**

- Defendant's Response to the Motion for Order to Compel Production of Records is due by **May 8, 2026**.

- Responses to the Motion to Intervene as Defendants are due by **May 8, 2026**.

DATED: April 22, 2026

B. Lynn Winmill
U.S. District Court Judge

ORDER - 2