**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 1:26-cv-00197-BLW |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| PHILIP MCGRANE, in his Official Capacity as IDAHO SECRETARY OF STATE | Complaint, Summons, Motion, Memo |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Hon. Raúl R. Labrador, Office of the Attoney General of Idaho

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
700 W. Jefferson Street, Boise, ID 83720-0010

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| John Casali<br>150 M Street NE, Room 8.923<br>Washington, D.C. 20002 | Number of process to be served with this Form 285 | 2 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U S A | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available for Service)*:
2 copies to be served to the Idaho Attorney General or any Assistant Attorney General.

**U.S. MARSHALS SERVICE**
**DISTRICT OF IDAHO**

**APR 09 2026**

**RECEIVED**

| Signature of Attorney other Originator requesting service on behalf of: | [x] PLAINTIFF  [ ] DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| | | (202) 316-8087 | 4/9/2026 |

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No 23 | No 23 | | 04/17/2026 |

I hereby certify and return that I [ ] have personally served , [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc , at the address shown above on the on the individual, company, corporation, etc shown at the address inserted below

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| Kami Reeve | 04/17/2026 | 2:26 | [ ] am  [X] pm |

Address *(complete only different than shown above)*
700 w. Jefferson Street, #210 Boise, ID 83702

Signature of U.S. Marshal or Deputy

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Served Kami Reeve, Public Information.
0.8 miles round trip, one deputy

Form USM-285
Rev 03/21