UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PHILIP MCGRANE, in his official capacity as IDAHO SECRETARY OF STATE,<br><br>Defendant. | Case No. 1:26-cv-00197-BLW<br><br>**ORDER** |

Defendant Phil McGrane, the Idaho Secretary of State, has moved to stay these proceedings pending the resolution of a related case before the Ninth Circuit, or, alternatively, to extend his response deadline until June 30, 2026. Plaintiff, the United States, opposes the stay but not the extension.

Under the circumstances, the Court finds good cause to extend Secretary McGrane's response deadline while the motion to stay is under advisement. The deadline for responses to the Motion to Intervene filed by the NAACP, NAACP Tri-State Conference, and the Idaho Alliance for Retired Americans shall also be extended until June 30, 2026.

THEREFORE, IT IS HEREBY ORDERED that Defendant's Response to the Motion for Order to Compel Production of Records is due by **June 30, 2026**.

**ORDER - 1**

IT IS FURTHER ORDERED that Responses to the Motion to Intervene as Defendants are due by **June 30, 2026**.

DATED: May 4, 2026

B. Lynn Winmill
U.S. District Court Judge

**ORDER - 2**